*E-FILED 10-19-2011*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRANCES BARRAGAN,<br><br>    Plaintiff,<br>  v.<br><br>SANTA CLARA HOUSING AUTHORITY; DOES 1-100,<br><br>    Defendants. | No. C11-05070 HRL<br><br>**INTERIM ORDER RE APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Frances Barragan has filed an application, seeking leave to proceed in forma pauperis (IFP). Although she is required to declare, under penalty of perjury, that the information in the application is true and correct, Barragan did not sign the application. Accordingly, the application is deemed incomplete.

No later than **November 1, 2011**, Barragan shall file a completed IFP application that she has signed.

SO ORDERED.

Dated: October 19, 2011

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:11-cv-05070-HRL Notice sent by U.S. Mail to:

Frances Barragan
2297 Pasetta Drive
Santa Clara, CA 95035