*E-FILED 11-23-2011*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRANCES BARRAGAN, | No. C11-05070 HRL |
| Plaintiff, <br> v. <br> SANTA CLARA HOUSING AUTHORITY; DOES 1-100, <br> Defendants. | **ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED** |

Frances Barragan previously filed an unsigned application to proceed in forma pauperis. The court issued an interim order directing her to file a signed application by November 1, 2011. (Dkt. No. 5). She has not done so.[1]

Accordingly, no later than **December 30, 2011**, Barragan shall file a response to this order, explaining why this case should not be dismissed for her apparent inattention to it. The initial case management conference set for November 29, 2011 is vacated.

SO ORDERED.

Dated: November 23, 2011

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

---

[1] According to the complaint, Barragan is illiterate. Inasmuch as the court's rulings are issued in writing, however, Barragan reasonably is expected to have some means of learning what the court wishes to communicate to her in its orders.

1  5:11-cv-05070-HRL Notice sent by U.S. Mail to:

2  Frances Barragan
   2297 Pasetta Drive
3  Santa Clara, CA 95035

4

5  5:11-cv-05070-HRL Courtesy copy sent by U.S. Mail to:

6  Dawnalee Brooking
   Dawnalee's Legal Docs
7  123 East San Carlos Street No. 331
   San Jose, CA 95112