**United States District Court**
For the Northern District of California

1

2                                                            *E-FILED:  May 10, 2012*

3

4

5

6

7                                             NOT FOR CITATION

8                           IN THE UNITED STATES DISTRICT COURT

9                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                          SAN JOSE DIVISION

11    FRANCES BARRAGAN,                            No. C11-05070 HRL

12            Plaintiff,                           **ORDER THAT CASE BE REASSIGNED**
      v.                                           **TO A DISTRICT JUDGE**
13
      SANTA CLARA HOUSING AUTHORITY;               **REPORT AND RECOMMENDATION RE**
14    DOES 1-100,                                  **DISMISSAL WITHOUT PREJUDICE**

15            Defendants.
                                              /
16

17            Frances Barragan previously filed an unsigned application to proceed in forma pauperis.

18    The court issued an interim order directing her to file a signed application by November 1,

19    2011.  (Dkt.  No. 5).  She did not do so.[1]  The court subsequently issued an order directing

20    Barragan to show cause, no later than December 30, 2011, why this action should not be

21    dismissed for her apparent inattention to it.[2]  This court has received no response to that order.

22            Accordingly, the Clerk of the Court is directed to reassign this case to a District Judge,

23

24

25

26

27        [1]    According to the complaint, which Barragan did sign, Barragan is illiterate.
      Inasmuch as the court's rulings are issued in writing, however, Barragan reasonably is
      expected to have some means of learning what the court wishes to communicate to her in its
28    orders.

          [2]    A copy of the court's show cause order was also sent to Dawnalee Brooking
      of Dawnalee's Legal Docs, who apparently was assisting Barragan in this lawsuit.

and the undersigned recommends that the instant action be dismissed without prejudice.

Any party may file objections to this report and recommendation with the District Judge within fourteen days after being served with a copy. See 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b).

Dated: May 10, 2012

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

United States District Court

For the Northern District of California

2

United States District Court

For the Northern District of California

1    5:11-cv-05070-HRL Notice sent by U.S. Mail to:

2    Frances Barragan
      2297 Pasetta Drive
3    Santa Clara, CA 95035

4    Dawnalee Brooking
      Dawnalee's Legal Docs
5    123 East San Carlos Street No. 331
      San Jose, CA 95112

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3