**United States District Court**
For the Northern District of California

1

2                                          *E-FILED:  May 10, 2012*

3

4

5

6

7                              NOT FOR CITATION

8                   IN THE UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                            SAN JOSE DIVISION

11   FRANCES BARRAGAN,                    No. C11-05070 HRL

12            Plaintiff,                  **ORDER THAT CASE BE REASSIGNED
                                          TO A DISTRICT JUDGE**
13      v.

     SANTA CLARA HOUSING AUTHORITY;       **REPORT AND RECOMMENDATION RE
14   DOES 1-100,                          DISMISSAL WITHOUT PREJUDICE**

15            Defendants.
                                    /
16

17         Frances Barragan previously filed an unsigned application to proceed in forma pauperis.

18   The court issued an interim order directing her to file a signed application by November 1,

19   2011.  (Dkt.  No. 5).  She did not do so.[1]  The court subsequently issued an order directing

20   Barragan to show cause, no later than December 30, 2011, why this action should not be

21   dismissed for her apparent inattention to it.[2]  This court has received no response to that order.

22         Accordingly, the Clerk of the Court is directed to reassign this case to a District Judge,

23

24

25

26   _____

27         [1]      According to the complaint, which Barragan did sign, Barragan is illiterate.
     Inasmuch as the court's rulings are issued in writing, however, Barragan reasonably is
28   expected to have some means of learning what the court wishes to communicate to her in its
     orders.

           [2]      A copy of the court's show cause order was also sent to Dawnalee Brooking
     of Dawnalee's Legal Docs, who apparently was assisting Barragan in this lawsuit.

1    and the undersigned recommends that the instant action be dismissed without prejudice.

2         Any party may file objections to this report and recommendation with the District Judge

3    within fourteen days after being served with a copy.  See 28 U.S.C. § 636(b)(1); FED. R. CIV. P.

4    72(b).

5    Dated: May 10, 2012

6    _____

7    HOWARD R. LLOYD
     UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

2

1    5:11-cv-05070-HRL Notice sent by U.S. Mail to:

2    Frances Barragan
     2297 Pasetta Drive
3    Santa Clara, CA 95035

4    Dawnalee Brooking
     Dawnalee's Legal Docs
5    123 East San Carlos Street No. 331
     San Jose, CA 95112

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28