UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRANCES BARRAGAN, | Case No.: 11-CV-05070-LHK |
| Plaintiff, | |
| v. | ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE |
| SANTA CLARA COUNTY HOUSING AUTHORITY; DOES 1-100, | |
| Defendants. | |

This case was referred to Magistrate Judge Howard R. Lloyd.  Judge Lloyd has made a report and recommendation that the District Judge dismiss this action without prejudice because Plaintiff has failed to sign her application to proceed in forma pauperis or otherwise prosecute this action.  The Report and Recommendation was filed and served on May 10, 2012.  No objections have been filed, and the time to file objections has expired.  *See* Fed. R. Civ. P. 72(b)(2).  Having reviewed the Report and Recommendation, as well as the record in this case, the Court finds that the Report and Recommendation is well-founded in fact and in law and, therefore, adopts the Report and Recommendation.  Plaintiff's Application for Leave to Proceed In Forma Pauperis is DENIED, and this case is DISMISSED without prejudice.  The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: May 30, 2012

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-05070-LHK
ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE